[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-15673
Non-Argument Calendar

_____

D.C. Docket No. 6:12-cr-00001-BAE-GRS-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDDIE LITTLES, III,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(November 21, 2013)

Before MARCUS, FAY and KRAVITCH, Circuit Judges.

PER CURIAM:

Christopher E. Chapman, appointed counsel for Eddie Littles, III, in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Littles's conviction and sentence are **AFFIRMED**.